IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SABRINA HUFF-YOUNG, individually and as next friend to minor plaintiff S.B., <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC., FACEBOOK HOLDINGS, LLC, FACEBOOK OPERATIONS, LLC, FACEBOOK PAYMENTS, INC., FACEBOOK TECHNOLOGIES, LLC, INSTAGRAM, LLC, AND SICULUS, INC., <br><br> Defendants. | Case No. 1:22-cv-04654 |

**DEFENDANT META PLATFORMS, INC.'S NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Meta Platforms, Inc. ("Meta") discloses the following:

1. Meta has no parent corporation. Blackrock, Inc., a publicly traded company, owns more than five percent of Meta's stock.

-1-

Dated: September 19, 2022

Respectfully submitted,

 /s/ Jacob T. Spencer
Jacob T. Spencer (N.D. Ill. #1023550)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 887-3792
Facsimile: (202) 530-4253
Email: JSpencer@gibsondunn.com

AND

Patricia Brown Holmes (ARDC No. 6194645)
pholmes@rshc-law.com
Matthew C. Crowl (ARDC No. 6201018)
mcrowl@rshc-law.com
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison Street
Suite 2900
Chicago, Illinois 60602

*Attorneys for Defendants Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram, LLC, and Siculus, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that, on September 19, 2022, a true and correct copy of this Notification of Affiliates was served by ECF on all counsel of record.

*/s/ Jacob T. Spencer*
Jacob T. Spencer

105716285.1